Case: 1:15-cv-01670-JG  Doc #: 3  Filed: 08/27/15  1 of 2.  PageID #: 48

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Select Portfolio Servicing Inc
3815 South West Temple
Salt Lake City, UT
84115-44??

9590 9403 0305 5155 2528 39

2. Article Number *(Transfer from service label)*

7013 3020 0000 2345 8527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Wendy Powell
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Wendy P???

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

[stamp: SALT LAKE CITY, UT — AUG 24 2015]

:15 CV 1670

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ?sured Mail
☐ ?sured Mail Restricted Delivery
   (?er $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk - United States District Court
Northern District of Ohio
Carl B Stokes United States Court House
801 W. Superior Ave
Cleveland OH 44113-1830

USPS TRACKING #



9590 9403 0305 5155 2528 34