UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE FORGUES, | : | |
| | : | CASE NO. 1:15-cv-01670 |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| v. | : | |
| | : | |
| SELECT PORTFOLIO SERVICING, INC., | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S
MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR
OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Select Portfolio Servicing, Inc. ("SPS") respectfully requests the Court grant it an additional 21 days, until October 5, 2015, in which to answer, move or otherwise plead in response to Plaintiff's Complaint. Plaintiff has filed a 100-paragraph, 26-page Complaint. SPS requests the additional time to allow it to review the Complaint, and make an appropriate response. This short extension will not prejudice Plaintiff as no case schedule has been set, and SPS has not previously requested an extension.

1

Respectfully submitted,

/s/ David A. Wallace
David A. Wallace (0031356)
Karen M. Cadieux (0079240)
CARPENTER LIPPS & LELAND LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
(614) 365-4100
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
cadieux@carpenterlipps.com

Attorneys for Defendant
Select Portfolio Servicing, Inc.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on September 10, 2015. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

A copy was also sent by U.S. Mail, postage prepaid to:

Christine J Forgues
15109 Merrimeade Drive
Cleveland, OH 44111

        /s/ David A. Wallace
        One of the Attorneys for Defendant
        Select Portfolio Servicing, Inc.

636517