**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINE J. FORGUES, | ) | CASE NO. 1:15-CV-1670 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE MCHARGH |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S**
**MOTION TO EXCUSE ATTENDANCE OF PARTY REPRESENTATIVE**
**AT CASE MANAGEMENT CONFERENCE**

Defendant Select Portfolio Servicing, Inc. ("SPS") respectfully moves this Court to excuse personal attendance of a party-representative at the November 30, 2015 Case Management Conference. SPS's representatives live and work in Utah, and attendance would require undue travel and additional expense. Moreover, SPS's counsel will attend the Case Management Conference and will have a representative with full authority for settlement purposes available by telephone.

For these reasons, SPS respectfully requests that the Court excuse personal attendance of a party-representative at the Case Management Conference.

Respectfully submitted,

/s/ David A. Wallace
David A. Wallace (0031356)
Karen M. Cadieux (0079240)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone (614) 365-4100
Facsimile (614) 365-9145
wallace@carpenterlipps.com
cadieux@carpenterlipps.com

Attorneys for Defendant
Defendant Select Portfolio Servicing, Inc.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on November 3, 2015. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

A copy was also sent by First Class, U.S. Mail, postage prepaid, to Christine J. Forgues, 15109 Merrimeade Dr., Cleveland, Ohio 44111.

/s/ David A. Wallace
One of the Attorneys for
Defendant Select Portfolio Servicing, Inc.