**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTINE J. FORGUES, | CASE NO. 1:15-CV-1670 |
| Plaintiff, | JUDGE JAMES GWIN |
| v. | MAGISTRATE JUDGE MCHARGH |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in the Local Civil Rules, any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

    Select Portfolio Servicing, Inc.

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

        Yes ☐          No ☒

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Deutsche Bank National Trust Company is a national banking association organized under the laws of the United States to carry on the business of a limited purpose trust company.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

        Yes ☐          No ☒

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

        Respectfully submitted,

        /s/ Karen M. Cadieux
        David A. Wallace (0031356)
        Karen M. Cadieux (0079240)
        CARPENTER LIPPS & LELAND LLP
        280 Plaza, Suite 1300
        280 North High Street
        Columbus, Ohio 43215
        Telephone (614) 365-4100
        Facsimile (614) 365-9145
        wallace@carpenterlipps.com
        cadieux@carpenterlipps.com

        Attorneys for Defendant
        Defendant Select Portfolio Servicing, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on November 4, 2015. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

A copy was also sent by First Class, U.S. Mail, postage prepaid, to Christine J. Forgues, 15109 Merrimeade Dr., Cleveland, Ohio 44111.

/s/ Karen M. Cadieux
One of the Attorneys for
Defendant Select Portfolio Servicing, Inc.