## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE J. FORGUES, | ) | CASE NO. 1:15-CV-1670 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES GWIN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE MCHARGH |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY IN SUPPORT OF DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S
MOTION TO EXCUSE ATTENDANCE OF PARTY REPRESENTATIVE
AT CASE MANAGEMENT CONFERENCE**

The motion of Defendant Select Portfolio Servicing, Inc. ("SPS") to excuse personal attendance of a party-representative at the November 30, 2015 Case Management Conference was intended to prevent extensive and expensive cross-county travel by the person who would be representing SPS, essentially a three-day trip requiring travel at the end of the Thanksgiving holiday. SPS respectfully submits that telephone participation will not hinder the ability of the parties to discuss a settlement. The parties have already exchanged correspondence regarding settlement, and SPS's counsel is waiting to hear back in response to an October 23, 2015 letter.

For these reasons, SPS respectfully requests that the Court excuse personal attendance of a party-representative at the Case Management Conference.

Respectfully submitted,

/s/ David A. Wallace
David A. Wallace (0031356)
Karen M. Cadieux (0079240)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone (614) 365-4100
Facsimile (614) 365-9145
wallace@carpenterlipps.com
cadieux@carpenterlipps.com

Attorneys for Defendant
Defendant Select Portfolio Servicing, Inc.

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed electronically on November 9, 2015. Notice was also sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

      A copy was also sent by First Class, U.S. Mail, postage prepaid, to Christine J. Forgues, 15109 Merrimeade Dr., Cleveland, Ohio 44111.

      /s/ David A. Wallace
      One of the Attorneys for
      Defendant Select Portfolio Servicing, Inc.

642424