

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHRISTINE J. FORGUES

    Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant,

Case No. 1:15-cv-1670

Hon. Judge James Gwin

**Motion for an extension of time to respond to discovery partially granted. Plaintiff shall respond by 1/15/16. Signed on 12/23/15.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE**

**PLAINTIFF CHRISTINE J. FORGUES'
MOTION FOR EXTENSION OF TIME TO REPLY TO
DEFENDANT'S DISCOVERY REQUEST**

    Unrepresented Plaintiff and consumer Christine J. Forgues respectfully moves this Court for an Order granting her an Extension of time in which to reply to defendant's discovery pursuant to Fed.R.Civ.P. 6(b). Consumer-Plaintiff is currently attempting to engage competent counsel for representation in the instant action. Consumer-Plaintiff would be severely prejudiced if this court does not allow Consumer-Plaintiff to engage competent counsel to represent her. Consumer-Plaintiff seeks an extension of no less than 60 days in order to engage competent counsel, allow competent counsel a reasonable time to become familiar with the file, review all pleadings, motions, and evidence in the instant case.

    Wherefore, Christine J. Forgues respectfully requests this Court grant the extension sought herein and such other relief this court deems appropriate.

    Respectfully submitted,

    /s/ Christine J. Forgues
    Christine J. Forgues, Consumer-Plaintiff.

*Christine J Forgues* 12-10-15