Motion for extension of time until 1/27/16 to respond to discovery approved 1/21/16
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE J. FORGUES | ) | Case NO. 1:15-cv-1670 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE JAMES GWIN |
| | ) | |
| SELECT PORTFOLIO SERVICES, INC. | ) | MAGISTRATE JUDGE MCHARGH |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFEND'S DISCOVERY REQUEST**

Unrepresented Plaintiff and consumer Christine J. Forgues respectfully moves this Court for an Order granting her an Extension of time in which to reply to defendant's discovery pursuant to Fed.R.CivP. 6(b). Consumer-Plaintiff has engaged competent counsel for representation in the instant action. Contemporaneously with the filing of the instant motion, Counsel for Consumer –Plaintiff is filing his motion for Pro Hac Vice admission in the instant action. Newly engaged counsel has requested a short time to become familiar with the facts and issues of this action. Consumer-Plaintiff, through newly engaged counsel, has conferred in good faith with counsel for the defendant regarding the relief sought herein. Defense counsel has courteously agreed to an extension of time to respond to discovery until January 27, 2015, thus allowing newly engaged counsel the time to become familiar with the file.

Wherefore, Christine J. Forgues, respectfully requests this Court Grant the extension sought herein and for such other relief as this Court deems just and proper.

Respectfully submitted,

/S/ Christine J. Forgues
Christine J, Forgues, Consumer-Plaintiff