IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE J. FORGUES | Case NO. 1:15-cv-1670 |
| Plaintiff, | |
| v. | JUDGE JAMES GWIN |
| SELECT PORTFOLIO SERVICES, INC. | MAGISTRATE JUDGE MCHARGH |
| | **AFFIDAVIT OF JOHN HERRERA** |
| Defendant(s) | |

I, John Herrera, being duly sworn, deposes and states as follows:

1. The facts stated in this affidavit are within my personal knowledge and are true and correct and if called to testify concerning them under oath, I could and would testify completely thereto. I am over 18 years of age, have never been convicted of a felony, and I am competent in all respects to make this declaration.

2. I am one of the attorneys for Christine J. Forgues.

3. I am the owner of John Herrera, P.A., 1801 Ponce De León Boulevard, Coral Gables, FL 33134, Tel. (305) 446-1504, Fax (305) 446-1505, Email. john@johnherreralaw.com

4. I certify that I am eligible for admission *pro hac vice* before this Court. I am a member in good standing of the Bar of the State of Florida. My Florida Bar number is 636320 and I was admitted to the Bar of the State of Florida in 2004. I have remained a member in good standing of the Florida Bar. I am also admitted to practice before the United States District Court for the Southern District of Florida. (See Certificate of Good Standing ,attached hereto as Exhibit "A")

5. I submit this Affidavit in support of Plaintiff's Motion for my admission *pro hac vice* to the United States District for the Northern District of Ohio, Eastern Division, to appear as

an additional attorney of record for Plaintiff. I seek this admission so that I may appear on behalf of Plaintiff for purposes of this case only.

6. I have never been disbarred or suspended from practice from any court, department, bureau or commission of any State or the United States.

7. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

8. As noted, I am a member in good standing of the bar to which I have been admitted and have had no disciplinary grievance proceedings filed against me.

9. I have received a copy of the Local Rules for the United States District Court for the Northern District of Ohio and have read the same. I agree to abide by all rules and procedures contained therein.

FURTHER AFFIANT SAYETH NAUGHT

_____
JOHN HERRERA

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

HARRY JOSEPH
MY COMMISSION # FF 098876
EXPIRES: March 5, 2018
Bonded Thru Notary Public Underwriters

Sworn to (or affirmed) and subscribed before me this 21st day of January, 2016, by John Herrera.

(NOTARY SEAL)    X. _____

Personally Known __X__ OR Produced Identification _____
Type of Identification Produced_____

**THIS SECTION INTENTIONALLY LEFT BLANK**

Page **2** of **3**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st of January, 2016, a copy of the foregoing **AFFIDAVIT OF JOHN HERRERA** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ JOHN HERRERA
JOHN HERRERA, Esq.
F.B.N.: 0636320
1801 Ponce De León Boulevard
Coral Gables, FL 33134
Tel. (305) 446-1504
Fax (305) 446-1505