UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
:
CHRISTINE J. FORGUES,  : Case No. 1:15-CV-1670
:
Plaintiff,  :
:
vs.  : JUDGMENT
:
SELECT PORTFOLIO SERVICING, INC., :
:
Defendant.  :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion in the above-captioned matter. For the reasons stated in that opinion, this Court **GRANTS** Defendant's motion for summary judgment. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: April 20, 2016  *s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE